Walter Smith, appellee, v. W. W. Lair and W. C. Dilley, appellants. Gen. No. 7,157.

Assumpsit for money for care of a horse. Judgment for plaintiff. Appeal from the Circuit Court of Mercer county; the Hon. William T. Church, Judge, presiding. Heard in this court at the October term,

1922. Reversed *pro forma* and remanded. Opinion filed March 16, 1923.

Watson & Duvall, for appellants; David J. Kadyk, of counsel. No appearance for appellee.

Mr. Justice Jett delivered the opinion of the court.